**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

### IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

Appellant has filed a motion for rehearing and a motion for reconsideration en banc.  The

Court requests a written response from appellee to appellant's motions within **TEN DAYS** of the

date of this order.


/s/  ADA BROWN
    JUSTICE